# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>ALDRICH, ANN | 2. Court or Organization<br><br>U.S. DISTRICT NO DIST OHIO | 3. Date of Report<br><br>05/07/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>JUDGE (SENIOR STATUS) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>CARL B. STOKES US COURTHOUSE<br>801 WEST SUPERIOR AVE, STE 17B<br>CLEVELAND, OHIO 44113 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CO-TRUSTEE | TRUST #2 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED
2007 MAY 14 A 11: 24
FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | AXA EQUITABLE ANNUITY | $ 12000 |
| 2. 2006 | TEACHERS INSURANCE AND ANNUITY ASSOCIATION | $ 1180 |
| 3. 2006 | TEACHERS INSURANCE AND ANNUITY ASSOCIATION | $ 637 |
| 4. 2006 | TRUST #2 - CO-TRUSTEE FEES | $ 380 |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | GEORGE MASON UNIVERSITY SCHOOL OF LAW - LAW & ECONOMICS CENTER | OCTOBER 5-8 - ARLINGTON, VA - SEMINAR RE: INTERNATIONAL LAW (TRANSPORTATION, MEALS & LODGING) |
| 2. | UNIVERSITY OF CINCINNATI | APRIL 27 - CINCINNATI, OH - NINETEENTH ANNUAL AUGUST A RENDIGS, JR. NATIONAL PRODUCTS LIABILITY MOOT COURT COMPETITION (MEAL & LODGING) |
| 3. | INTERNATIONAL JUDICIAL ACADEMY | SEPTEMBER 24-29 - THE HAGUE, NETHERLANDS - SIR RICHARD MAY SEMINAR ON INTERNATIONAL LAW AND INTERNATIONAL COURTS (TRANSPORTATION & LODGING) |

| Name of Person Reporting | Date of Report |
|---|---|
| ALDRICH, ANN | 05/07/2007 |

4. _____

5. _____

| Name of Person Reporting | Date of Report |
|---|---|
| ALDRICH, ANN | 05/07/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALDRICH, ANN | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. TRUST PART A: MONEY MARKET FUND-FLEET NATIONAL BANK | D | Int./Div. | M | T | | | | | |
| 2. CHECKING - KEY BANK - CLEVELAND, OHIO | A | Interest | J | T | | | | | |
| 3. CHECKING - CAYMAN NATL BANK - CAYMAN BRAC, BRITISH W.I. | | None | J | T | | | | | |
| 4. UNIMPROVED REAL PROPERTY ███ ███ WEST END CAYMAN BRAC | | None | O | Q | | | | | |
| 5. HOUSE AND LOT - CAYMAN BRAC, BRITISH W.I. | | None | N | W | | | | | |
| 6. IRA - THE EQUITABLE - ALLIANCE GROWTH INVESTORS FUND | B | Interest | K | T | | | | | |
| 7. TRUST #2 | E | Int./Div. | P1 | T | | | | | |
| 8. - CHECKING - KEY BANK - CLEVELAND, OHIO | | | | | ACCT CLOSED | 05/22 | | | |
| 9. - 1 LOT ███ PRINCE GEORGES COUNTY, MD | | | | | | | | | |
| 10. -US TREAS HH BONDS | | | | | | | | | |
| 11. - US TREAS E BONDS | | | | | | | | | |
| 12. - SMITH BARNEY MUNI MONEY MARKET FUND | | | | | | | | | |
| 13. - HOST HOTELS & RESORTS FKA HOST MARRIOTT COMMON STOCK | | | | | | | | | |
| 14. - MIRANT CORP | | | | | | | | | |
| 15. - PEPCO HOLDING INC | | | | | | | | | |
| 16. - SOUTHERN COMPANY COMMON STOCK | | | | | | | | | |
| 17. - VERIZON COMMUNICATIONS | | | | | SELL | 10/11 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALDRICH, ANN | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| COMMON STOCK | | | | | | | | | |
| 18. - WESTERN ASSET HIGH INC FUND FKA SALOMON BRO HIGH INC FUND | | | | | | | | | |
| 19. - WESTERN ASSET INFLATION MGMT FUND FKA SALOMON BRO MGMT | | | | | | | | | |
| 20. - NUVEEN DIV ADVANTAGE MUNI FUND | | | | | | | | | |
| 21. - AIM MONEY MARKET FUND | | | | | | | | | |
| 22. - JOHN HANCOCK REGIONAL BANK FUND | | | | | | | | | |
| 23. - JOHN HANCOCK FINANCIAL INDUSTRIES FUND | | | | | | | | | |
| 24. - LEGG MASON MANAGED MUNI FUND FKA SMITH BARNEY MUNI | | | | | | | | | |
| 25. - SMITH BARNEY UNIT TRUST - UTS | | | | | | | | | |
| 26. - HOUSEHOLD FIN CORP INTERNOTES BANK | | | | | | | | | |
| 27. - MERRILL LYNCH & CO INC - 6.375% PFD | | | | | | | | | |
| 28. - LEGG MASON SHORT INTER US GOVT FKA SALOMON BRO US GOVT | | | | | | | | | |
| 29. - NATIONAL CITY CAP TRUST II - 6.625%PFD | | | | | BUY | 10/27 | K | | |
| 30. - USB CAPITAL X - 6.5% PFD | | | | | BUY | 04/05 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ALDRICH, ANN | 05/07/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. LINE 1.  TRUST DATED JUNE 22, 1966.  50% LIFE INTEREST.

VII. LINE 5. ████████WEST END CAYMAN BRAC, CAYMAN ISLAND, B.W.I. HALF OWNED.  APPRAISAL DATE:  JUNE 16, 2004.

VII.  LINES 7-30. I HAVE NO BENEFICIAL INTEREST IN TRUST #2.  I AM A CO-TRUSTEE OF THIS IRREVOCABLE TRUST.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature **X**                                         Date **X** May 8 '07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544